AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Richard D. Baker

JUDGMENT IN A CIVIL CASE

v.

Voith Fabrics US Sales, Inc.,
a foreign corporation

CASE NUMBER: CV-07-003-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Complaint is DISMISSED With Prejudice and the file closed.

| | |
|---|---|
| 05/24/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |